# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENTRELL DUMURIE WELCH,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 76123

**FILED**

JUL 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion to submit psych-evaluation 2015 into court records." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kathleen E. Delaney, District Judge
Kentrell Dumurie Welch
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

18-24897